Mario Aieta (MA-2228)
Robert Carrillo (RC-0721)
Satterlee Stephens Burke & Burke LLP
230 Park Avenue
New York, NY 10169
(212) 818-9200
Attorney for Plaintiff Getty Images, Inc.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GETTY IMAGES (US), INC.,

                              Plaintiff,

    -against-

ADVERNET, INC.,
f/k/a VR MARKETING, INC.,

                              Defendants.

09 Civ

COMPLAINT FOR
COMPENSATORY
DAMAGES AND
INJUNCTIVE RELIEF

        Plaintiff, Getty Images (US), Inc., by its undersigned attorneys Satterlee Stephens

Burke & Burke LLP, for its Complaint against Advernet, Inc., formerly known as VR Marketing,

Inc., alleges, upon information and belief, as follows:

                              PARTIES

        1.      Getty Images (US), Inc. ("Getty Images") is a New York corporation with

its principal place of business at 601 North 34th Street, Seattle, Washington.

        2.      Defendant Advernet, Inc. ("Advernet") is a corporation whose business

includes designing, publishing, and managing websites and online marketing campaigns. Upon

information and belief, at all times relevant to the allegations in this complaint, Defendant

maintained a place of business in the state of South Carolina.

1

762410_3

JURISDICTION AND VENUE

3.      This Court has jurisdiction pursuant to 28 U.S.C. § 1331 (federal question) and 28 U.S.C. § 1338 (copyright) in that this case involves claims brought under federal copyright law, 17 U.S.C. § 101 et seq.

4.      Personal jurisdiction and venue are proper in this District pursuant to 28 U.S.C. §1400(a) because Defendant may be found in this District.

BACKGROUND

5.      Plaintiff Getty Images is one of the world's leading content providers, supplying high quality, relevant imagery and related services to advertising agencies, graphic design firms, and film and broadcasting companies, to editorial customers involved in newspaper, magazine, book, CD-ROM and online publishing, and to corporate marketing departments and other business customers.  Getty Images generates revenue from licensing the rights to use its imagery and from providing related services.  Revenue is principally derived from a large number of relatively small transactions involving licensing rights to use single still images, film clips or CDs containing multiple images.

6.      Most of the images in Getty Images's creative collections are obtained from independent photographers and filmmakers on an exclusive basis.  Professional photographers and filmmakers prefer to retain ownership of their work.  As a result, copyright to an image remains with the contributing photographer or filmmaker in most cases.

7.      Getty Images was the first company to license imagery via the Internet and today delivers virtually all of its visual content digitally.  Getty Images's web site, gettyimages.com, serves an average of 3.2 million thumbnails, 6.5 million visits and 3.5 million unique users in addition to an average of 167 million page views each month.  Visitors to Getty

2

762410_3

Images's web site can search through and view hundreds of thousands of images and obtain licenses for those images online.

8.       Upon information and belief, Advernet owns and operates a web site at http://www.vrmarketing.net. Defendant Advernet holds itself out to be a "one stop shop to handle all of your website needs…[f]rom website production to hosting to 3D animation," http://www.vrmarketing.net, and claims to have "designed websites and initiated online marketing campaigns for clients in Myrtle Beach, Hilton Head, Charleston, Florida, California, and New York to name a few" *Id.* Advernet lists "Photography" and "Aerial Photography" among the categories of products and services it offers, http://www.vrmarketing.net/contact.php. Advernet directs its marketing efforts towards individuals residing in all parts of New York and in this district and those individuals who are "interested in establishing an E-commerce presence" are invited to email Advernet at shop@vrmarketing.net.

9.       On June 2, 2006, Getty Images notified Advernet of an alleged instance of unauthorized use of one image, Image No. wa0173-001, by Advernet on its website http://www.myrtlebeachgolfsc.com. On July 5, 2006, Getty Images and Advernet entered into a Settlement and Release Agreement with respect to the use of Image No. wa0173-001 and Getty Images reserved its rights with respect to any unauthorized use of photographs or images not previously disclosed by Advernet and for any infringement occurring after June 13, 2006, including any infringement of Image No. wa0173-001.

10.      In September 2006, Getty Images discovered that Advernet had obtained copies of eight images exclusively licensed to Getty Images (and not covered by the settlement and release agreement) and had incorporated those images into a web site designed, published, and managed by Advernet for Coquina Hotel, Ltd., at http://www.holidayinmyrtlebeach.com.

3

This use was continuous and ongoing until at least September 25, 2006. Advernet began using at least four of these images in August 2004 and had been using all eight of the images at least since May 18, 2006. In December 2006, Getty Images discovered copies of an additional two images exclusively licensed to Getty Images (and not covered by the settlement and release agreement) incorporated into the web site of Coquina Hotel, Ltd. at http://www.holidayinmyrtlebeach.com/hotel_vacation_packages.html and http://www.holidayinmyrtlebeach.com/hotel_meeting_rooms.htm. Advernet's use of the ten images was unauthorized and violated the rights of Getty Images and of the authors of those images.

11.     In September 2007, Getty Images discovered an additional thirty-three images exclusively licensed to Getty Images (and not covered by the settlement and release agreement) of which Advernet had obtained copies and incorporated into seven web sites designed, published, and managed by Advernet.

12.     Thirty-five of the images Advernet copied and incorporated into the web sites it designed, publishes, and manages have been registered with the United States Copyright Office. The names of the images, image identification numbers, source collection, registration date and registration numbers are set forth below:

4

762410_3

| | Name | Image Number | Collection | Date of Registration | Registration Number |
|---|---|---|---|---|---|
| 1 | Back of woman in pool | CA33374 | Taxi | 12/21/2007 | VA-1-624-579 |
| 2 | "For Sale" sign outside house, close-up | BA60210 | Taxi | 12/27/2007 | VA-1-625-002 |
| 3 | Woman lying on raft in swimming pool, overhead view | AB22261 | Taxi | 1/3/2008 | VA-1-625-008 |
| 4 | Calendar pages, close-up (grainy) | BA17693 | Taxi | 1/2/2008 | VA-1-625-100 |
| 5 | Businesswoman catching falling money | 200167546-004 | Photographer's Choice | 1/3/2008 | VA-1-625-102 |
| 6 | Woman having a facial | CA08409 | Taxi | 1/3/2008 | VA-1-625-110 |
| 7 | Maid holding towels by indoor pool, portrait | 200218729-001 | Taxi | 1/3/2008 | VA-1-625-115 |
| 8 | Street signs superimposed on dollar signs, low angled (B&W) | 200009442-001 | Photographer's Choice | 1/3/2008 | VA-1-625-118 |
| 9 | Crowd cheering at baseball game | 10197811 | The Image Bank | 1/3/2008 | VA-1-625-122 |
| 10 | Jetty extending into sea, Cancun, Yucatan, Mexico | 10197228 | Stone | 1/3/2008 | VA-1-625-123 |
| 11 | Young man with eye open wide, close-up | 200009356-001 | Photographer's Choice | 1/3/2008 | VA-1-625-124 |
| 12 | Couple making a toast in wine [close-up of hands and glasses] | BA62505 | Taxi | 1/3/2008 | VA-1-625-126 |
| 13 | Young woman floating in swimming pool, elevated view | 200134384-001 | Taxi | 1/3/2008 | VA-1-625-127 |
| 14 | Crowd of people walking on city street. Fifth Avenue, New York City, New York, USA | AB16310 | Taxi | 1/3/2008 | VA-1-625-134 |
| 15 | Soaring profits and costs with banknote in flight | 10026633 | The Image Bank | 1/3/2008 | VA-1-625-138 |
| 16 | Woman on rocks by ocean | AB91664 | Taxi | 1/9/2008 | VA-1-625-140 |
| 17 | USA, Nevada, Route 50 and cloudy sky (B&W) | 10189032 | Stone | 1/4/2008 | VA-1-625-141 |
| 18 | Financial still life / stock listings, graphs & glass globe | AB15395 | Taxi | 1/3/2008 | VA-1-625-144 |
| 19 | Man getting back massaged, close-up, elevated view (blurred motion) | AB70475 | Taxi | 1/4/2008 | VA-1-625-158 |
| 20 | Spain, Barcelona, crowd in La Rambla | BA11057 | Taxi | 1/4/2008 | VA-1-625-160 |
| 21 | People placing bets on gaming table, close-up | CA28987 | Taxi | 1/9/2008 | VA-1-625-304 |

762410_3

| | Name | Image Number | Collection | Date of Registration | Registration Number |
|---|---|---|---|---|---|
| 22 | Manhattan at night, elevated view | 10193683 | Riser | 1/2/2008 | VA-1-625-489 |
| 23 | Woman embracing man, close-up (B&W) | CA32378 | Taxi | 1/9/2008 | VA-1-625-490 |
| 24 | Young man lying on bed with heated black stones on back, elevated view | 889907-001 | Stone | 1/2/2008 | VA-1-625-491 |
| 25 | Boeing 747 and sunset | AB64768 | Taxi | 1/2/2008 | VA-1-625-522 |
| 26 | Finance, investments, global markets, money | 10131999 | Stone | 1/3/2008 | VA-1-625-839 |
| 27 | Boy (4-6) with rubber ring in water | AB32869 | Taxi | 1/3/2008 | VA-1-625-854 |
| 28 | Towels, soap, and brush on wooden table | 886165-001 | Stone | 1/3/2008 | VA-1-625-855 |
| 29 | Desk in office, close-up | 200270761-001 | Photodisc | 1/9/2008 | VA-1-626-053 |
| 30 | Grandfather and grandson (6-8) arm wrestling on grass | DA60478 | Taxi | 1/9/2008 | VA-1-626-056 |
| 31 | China, Hong Kong, Convention and Exhibition Centre at dusk | BA01292 | Taxi | 1/9/2008 | VA-1-626-059 |
| 32 | USA, Hawaii, Oahu, Waikiki Beach, Diamond Head in background | 786033-001 | Stone | 2/14/2008 | VA-1-627-564 |
| 33 | Woman wearing bathrobe and towel around head, portrait | AB35519 | Taxi | 2/14/2008 | VA-1-627-566 |
| 34 | View of Las Vegas at night Nevada | CA16423 | Taxi | 2/14/2008 | VA-1-627-567 |
| 35 | Woman writing and having cup of coffee – Corsica | AB25548 | Taxi | 2/14/2008 | VA-1-627-572 |

Copies of these registrations are attached hetero as Exhibit A.

13.    Advernet also copied into web sites it designed, publishes, and manages ten other images exclusively licensed to Getty without authorization or license.

14.    Attached hereto as Exhibit B are screen shots of Advernet's web sites showing web pages that incorporate unauthorized copies of images exclusively licensed to Getty Images.

15.    Advernet's unauthorized use of copyright protected images has caused Getty Images to suffer damages.

6

762410_3

## FIRST CAUSE OF ACTION -- COPYRIGHT INFRINGEMENT

16.     Getty Images incorporates paragraphs 1 through 15 above, as though fully set forth herein.

17.     Getty Images is the exclusive licensee of the images that are the subject of this action. Those images have validly registered copyrights, as evidenced by the copyright registration certificates contained in Exhibit A.

18.     Advernet reproduced, distributed and displayed those images without Getty Images's authorization.

19.     The actions and conduct by Advernet as described above infringe upon Getty Images's exclusive rights granted under 17 U.S.C. § 106 to display, reproduce and distribute the registered copyrighted works to the public.

20.     Advernet's actions and conduct constitute willful copyright infringement under the Copyright Act of 1976, 17 U.S.C. § 501.

21.     As a result of the copyright infringement described above, Getty Images is entitled to relief including, but not limited to, injunctive relief, actual damages, and pre-judgment interest.

WHEREFORE, Getty Images prays for the following relief:

A.      For an award pursuant to 17 U.S.C. § 504(b) of Advernet's profits and for actual damages in such amount as may be found in connection with Advernet's use of each of the images listed in Paragraph 12 above, and for an order pursuant to 17 U.S.C. § 502 permanently enjoining Advernet from infringing Plaintiff's copyrighted images;

B.      For prejudgment interest on the amount of the award to Plaintiff; and

7

762410_3

C.    For such other and further relief as the Court deems just and proper.

Dated: New York, New York

    February 21, 2009

                      SATTERLEE STEPHENS BURKE & BURKE LLP

                      By: _____

                         Mario Aieta (MA-2228)
                         Robert Carrillo (RC-0721)
                      230 Park Avenue
                      New York, New York 10169
                      tel: (212) 818-9200

                      Attorney for Plaintiff Getty Images (US), Inc.

8

762410_3

# Exhibit A

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number:

## VA 1-627-572

Effective date of
registration:

February 14, 2008

---

### Title

Title of Work: Woman writing and having cup of coffee - Corsica. Getty Images AB25548.

### Completion/ Publication

Year of Completion: 1994

Date of 1st Publication: August 10, 1995          Nation of 1st Publication: United Kingdom

### Author

■          Author: Blue Artichoke Productions

Pseudonym: Denis Boissavy

Author Created: photograph(s)

Work made for hire: Yes

Citizen of: France          Domiciled in: Ireland

Pseudonymous: Yes

### Copyright claimant

Copyright Claimant: Blue Artichoke Productions

Knocknaree Avenue, 12 Drimnagh, Dublin, Ireland

### Certification

Name: Katherine B Gardner

Date: February 14, 2008

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number:

## VA 1-624-579

Effective date of
registration:

December 21, 2007

## Title

Title of Work: Back of woman in pool. Getty Images number CA33374.

## Completion/ Publication

Year of Completion: 2001

Date of 1st Publication: January 8, 2002     Nation of 1st Publication: United States

## Author

■ Author: Anne-Marie Weber

Author Created: photograph(s)

Work made for hire: No

Citizen of: United States     Domiciled in:   United States

Year Born: 1959

## Copyright claimant

Copyright Claimant: Anne-Marie Weber

249 Bend Ave., Brockway, CA, 96143, United States

## Certification

Name: Katherine B Gardner

Date: December 19, 2007

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VA 1-625-002**

**Effective date of
registration:**

December 27, 2007

---

## Title

Title of Work: "For Sale" sign outside house, close-up. Getty Images number BA60210.

## Completion/ Publication

Year of Completion: 2001

Date of 1st Publication: October 31, 2001    Nation of 1st Publication: United States

## Author

■  Author: Alan James Powdrill

Author Created: photograph(s)

Work made for hire: No

Citizen of: United Kingdom    Domiciled in: United Kingdom

Year Born: 1967

## Copyright claimant

Copyright Claimant: Alan James Powdrill

202 City Road, London, EC1V 2PH, United Kingdom

## Certification

Name: Katherine B Gardner

Date: December 27, 2007

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VA 1-625-008

**Effective date of
registration:**

January 3, 2008

## Title

**Title of Work:** Woman lying on raft in swimming pool, overhead view. Getty Images number
AB22261.

## Completion/ Publication

**Year of Completion:** 1997

**Date of 1st Publication:** January 1, 1998     **Nation of 1st Publication:** United States

## Author

**Author:** Ronald James Chapple

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

**Year Born:** 1957

## Copyright claimant

**Copyright Claimant:** Ronald James Chapple

1514 Halama Street, Kihei, HI, 96753, United States

## Certification

**Name:** Katherine B Gardner

**Date:** January 3, 2008

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VA 1-625-100

**Effective date of
registration:**

January 2, 2008

---

**Title**

**Title of Work:** Calendar pages, close-up (grainy).  Getty Images number BA17693.

**Completion/ Publication**

**Year of Completion:** 1995

**Date of 1st Publication:** August 4, 1995        **Nation of 1st Publication:** United Kingdom

**Author**

■        **Author:** Bozena Iwanicka

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United Kingdom        **Domiciled in:** Italy

**Year Born:** 1967

**Copyright claimant**

**Copyright Claimant:** Bozena Iwanicka

Pian di Faiolo 28, Montegabbione, 05010, Italy

**Certification**

**Name:** Katherine B Gardner

**Date:** January 2, 2008

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VA 1-625-102

**Effective date of registration:**

January 3, 2008

## Title

**Title of Work:** Businesswoman sitting on floor, US Dollar bills falling down. Getty Images number 200167546-001.

Businesswoman sitting on floor, catching money falling from air. Getty Images number 200167546-002.

Businesswoman catching money falling from air. Getty Images number 200167546-003.

Woman holding up burning US Dollar bill. Getty Images number 200167555-001.

Businesswoman holding pencil to face, looking up. Getty Images number 200167567-001.

Businesswoman stuffing money in pocket. Getty Images number 200167571-001.

Businesswoman catching falling money. Getty Images number 200167546-004.

Woman laughing, money sticking out of pink purse. Getty Images number 200167538-001.

Businesswoman holding open briefcase filled with money. Getty Images number 200167541-001.

Woman holding briefcase with money sticking out. Getty Images number 200167543-001.

**Title of Larger Work:** "Abundance" photo shoot published by Getty Images.

## Completion/ Publication

**Year of Completion:** 2004

**Date of 1st Publication:** February 2, 2005    **Nation of 1st Publication:** United States

## Author

■        **Author:**  Shalom Ormsby

       **Author Created:**  photograph(s)

       **Work made for hire:**  No

       **Citizen of:**  United States            **Domiciled in:**   United States

       **Year Born:**  1971

## Copyright claimant

       **Copyright Claimant:**  Shalom Ormsby

       8 Dias Way, San Rafael, CA, 94903, United States

## Certification

       **Name:**  Katherine B Gardner

       **Date:**  January 3, 2008

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number:

## VA 1-625-110

Effective date of
registration:

January 3, 2008

## Title

**Title of Work:** Woman having a facial. Getty Images number CA08409.

## Completion/ Publication

**Year of Completion:** 1998

**Date of 1st Publication:** July 10, 2000     **Nation of 1st Publication:** United States

## Author

■     **Author:** Kenneth Bruce Reid

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States     **Domiciled in:** United States

**Year Born:** 1956

## Copyright claimant

**Copyright Claimant:** Kenneth Bruce Reid

684 E Pelham Rd NE, Atlanta, GA, 30324, United States

## Certification

**Name:** Katherine B Gardner

**Date:** January 3, 2008

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VA 1-625-115

**Effective date of
registration:**

January 3, 2008

## Title

**Title of Work:** Maid holding towels by indoor pool, portrait. Getty Images number 200218729-001.

## Completion/ Publication

**Year of Completion:** 2005

**Date of 1st Publication:** August 12, 2005      **Nation of 1st Publication:** United States

## Author

**✱      Author:** Zena Holloway

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United Kingdom      **Domiciled in:** United Kingdom

**Year Born:** 1973

## Copyright claimant

**Copyright Claimant:** Zena Holloway

8 Avenue Crescent, London, W3 8EW, United Kingdom

## Certification

**Name:** Katherine B Gardner

**Date:** January 3, 2008

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VA 1-625-118

**Effective date of registration:**

January 3, 2008

---

## Title

**Title of Work:** Street signs superimposed on dollar signs, low angled (B&W). Getty Images number 200009442-001.

**Previous or Alternative Title:** Easy Street/Fast Lane intersection sign with dollar sign clouds.

## Completion/ Publication

**Year of Completion:** 2000

**Date of 1st Publication:** November 1, 2002          **Nation of 1st Publication:** United States

## Author

■          **Author:** Christian Michaels

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

**Year Born:** 1960

## Copyright claimant

**Copyright Claimant:** Christian Michaels

3436 Ray Street, San Diego, CA, 92104, United States

## Certification

**Name:** Katherine B Gardner

**Date:** January 3, 2008

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VA 1-625-122

**Effective date of registration:**

January 3, 2008

---

## Title

Title of Work: Crowd cheering at baseball game. Getty Images number 10197811.

### Completion/ Publication

Year of Completion: 2002

Date of 1st Publication: November 6, 2002      Nation of 1st Publication: United States

## Author

■      Author: Michael Melford

Author Created: photograph(s)

Work made for hire: No

Citizen of: United States      Domiciled in: United States

Year Born: 1950

## Copyright claimant

Copyright Claimant: Michael Melford

24 East Forest Rd., Mystic, CT, 06355, United States

## Certification

Name: Katherine B Gardner

Date: January 3, 2008

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number:

## VA 1-625-123

Effective date of
registration:

January 3, 2008

---

## Title

Title of Work: Jetty extending into sea, Cancun, Yucatan, Mexico. Getty Images number 10197228.

## Completion/ Publication

Year of Completion: 1995

Date of 1st Publication: November 12, 2002   Nation of 1st Publication: United States

## Author

Author: Cosmo Condina

Author Created: photograph(s)

Work made for hire: No

Citizen of: Canada   Domiciled in: Canada

Year Born: 1955

## Copyright claimant

Copyright Claimant: Cosmo Condina

700 Charlotte Street, Niagra-on-the-Lake, L0S 1J0, Canada

## Certification

Name: Katherine B Gardner

Date: January 3, 2008

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VA 1-625-124

**Effective date of registration:**

January 3, 2008

---

## Title

**Title of Work:** Young man with eye open wide, close-up. Getty Images number 200009356-001.

## Completion/ Publication

**Year of Completion:** 2002

**Date of 1st Publication:** May 1, 2003          **Nation of 1st Publication:** Australia

## Author

■          **Author:** Oliver Strewe

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** New Zealand          **Domiciled in:** Australia

**Year Born:** 1950

## Copyright claimant

**Copyright Claimant:** Oliver Strewe

3/11 Castlefield Street, Bondi, NSW 2026, Australia

## Certification

**Name:** Katherine B Gardner

**Date:** January 3, 2008

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VA 1-625-126

**Effective date of registration:**

January 3, 2008

---

## Title

**Title of Work:** Couple making a toast in wine [close-up of hands and glasses].  Getty Images number BA62505.

## Completion/ Publication

**Year of Completion:** 1994

**Date of 1st Publication:** May 26, 1995          **Nation of 1st Publication:** France

## Author

■          **Author:** Jean-Paul Nacivet

**Pseudonym:** J.P. Fruchet

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** France          **Domiciled in:** France

**Year Born:** 1948

**Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Jean-Paul Nacivet

19 rue du Moulin, Vincelottes, 89290, France

## Certification

**Name:** Katherine B Gardner

**Date:** January 3, 2008

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VA 1-625-127

**Effective date of registration:**

January 3, 2008

---

**Title** ——————————————————————————————

**Title of Work:** Young woman floating in swimming pool, elevated view. Getty Images number 200134384-001.

## Completion/ Publication ————————————————

**Year of Completion:** 2004

**Date of 1st Publication:** June 4, 2004    **Nation of 1st Publication:** United States

## Author ——————————————————————————

■ **Author:** David John Thompson

**Pseudonym:** Tom Morrison

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United Kingdom    **Domiciled in:** United Kingdom

**Year Born:** 1962

**Pseudonymous:** Yes

## Copyright claimant ————————————————————

**Copyright Claimant:** David John Thompson

28 Browning Street, London, SE17 1LU, United Kingdom

## Certification ——————————————————————

**Name:** Katherine B Gardner

**Date:** January 3, 2008

---

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VA 1-625-134

**Effective date of
registration:**

January 3, 2008

---

**Title**

**Title of Work:** Crowd of people walking on city street.  Fifth Avenue, New York City, New York, USA.
Getty Images number AB16310.

**Completion/ Publication**

**Year of Completion:** 1993

**Date of 1st Publication:** December 15, 1995     **Nation of 1st Publication:** United States

**Author**

■       **Author:** Richard Laird

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** Ireland     **Domiciled in:** United States

**Year Born:** 1941

**Copyright claimant**

**Copyright Claimant:** Richard Laird

154 Buena Vista Rd., New City, NY, 10956, United States

**Certification**

**Name:** Katherine B Gardner

**Date:** January 3, 2008

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number:

## VA 1-625-138

Effective date of
registration:

January 3, 2008

## Title

Title of Work: Soaring profits and costs with banknote in flight. Getty Images number 10026633.

## Completion/ Publication

Year of Completion: 1997

Date of 1st Publication: August 2, 2000       Nation of 1st Publication: United States

## Author

■   Author: Gary S. Chapman

Author Created: 2-D artwork, photograph(s)

Work made for hire: No

Citizen of: United States            Domiciled in:   United States

Year Born: 1956

## Copyright claimant

Copyright Claimant: Gary S. Chapman

150 Gill Ln, Stockbridge, GA, 30281, United States

## Certification

Name: Katherine B Gardner

Date: January 3, 2008

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number:

**VA 1-625-140**

Effective date of
registration:

January 9, 2008

---

## Title

**Title of Work:** Woman on rocks by ocean. Getty Images number AB91664.

## Completion/ Publication

**Year of Completion:** 1985

**Date of 1st Publication:** August 1, 1997     **Nation of 1st Publication:** United States

## Author

**Author:** Mark Adams

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

**Year Born:** 1950

**Author:** Steven D. Smith

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

**Year Born:** 1952

## Copyright claimant

**Copyright Claimant:** Mark Adams

5274 E. Broadway, Los Angeles, CA, 90803, United States

**Copyright Claimant:** Steven D. Smith

2101 Ridgecrest Drive, Boise, ID, 83712, United States

## Certification

---

Name:   Katherine B Gardner

Date:   January 9, 2008

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number:

## VA 1-625-141

Effective date of
registration:

January 4, 2008

**Title**

Title of Work: USA, Nevada, Route 50 and cloudy sky (B&W). Getty Images number 10189032.

Previous or Alternative Title: Route 50 Nevada, The Loneliest Highway in America.

**Completion/ Publication**

Year of Completion: 2000

Date of 1st Publication: July 23, 2002

Nation of 1st Publication: United States

**Author**

Author: Peter de Lory

Author Created: photograph(s)

Work made for hire: No

Citizen of: United States

Domiciled in: United States

Year Born: 1948

**Copyright claimant**

Copyright Claimant: Peter de Lory

619 Western Ave, #19, Seattle, WA, 98104, United States

**Certification**

Name: Katherine B Gardner

Date: January 4, 2008

Page 1 of 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VA 1-625-144**

Effective date of registration:

January 3, 2008

## Title

**Title of Work:** Financial still life / stock listings, graphs & glass globe. Getty Images number AB15395.

## Completion/ Publication

**Year of Completion:** 1991

**Date of 1st Publication:** February 5, 1991   **Nation of 1st Publication:** United States

## Author

**Author:** Jook P. Leung

**Author Created:** 2-D artwork, photograph(s)

**Work made for hire:** No

**Citizen of:** United States   **Domiciled in:** United States

**Year Born:** 1951

## Copyright claimant

**Copyright Claimant:** Jook P. Leung

282 Brookside Ave., Cresskill, NJ, 07626, United States

## Certification

**Name:** Katherine B Gardner

**Date:** January 3, 2008

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number:

## VA 1-625-158

Effective date of registration:

January 4, 2008

---

### Title

**Title of Work:** Man getting back massaged, close-up, elevated view (blurred motion). Getty Images number AB70475.

### Completion/Publication

**Year of Completion:** 2001

**Date of 1st Publication:** July 5, 2001      **Nation of 1st Publication:** United States

### Author

**Author:** Kevin Laubacher

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States      **Domiciled in:** United States

**Year Born:** 1951

### Copyright claimant

**Copyright Claimant:** Kevin Laubacher

3706 NE 19th Ave., Portland, OR, 97212, United States

### Certification

**Name:** Katherine B Gardner

**Date:** January 4, 2008

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VA 1-625-160**

**Effective date of registration:**

January 4, 2008

---

## Title

**Title of Work:** Spain, Barcelona, crowd in La Rambla. Getty Images number BA11057.

## Completion/ Publication

**Year of Completion:** 1998

**Date of 1st Publication:** October 17, 2000      **Nation of 1st Publication:** United States

## Author

■ **Author:** Jonathan Arnold

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United Kingdom      **Domiciled in:** United Kingdom

**Year Born:** 1967

## Copyright claimant

**Copyright Claimant:** Jonathan Arnold

7 Rydes Avenue, Guildford, Surrey, GU2 9SR, United Kingdom

## Certification

**Name:** Katherine B Gardner

**Date:** January 4, 2008

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number:

VA 1-625-304

Effective date of registration:

January 9, 2008

## Title

Title of Work: People placing bets on gaming table, close-up. Getty Images number CA28987.

## Completion/ Publication

Year of Completion: 2000

Date of 1st Publication: January 15, 2001       Nation of 1st Publication: United States

## Author

■        Author: Christoph Wilhelm

Author Created: photograph(s)

Work made for hire: No

Citizen of: Germany       Domiciled in: United States

Year Born: 1961

## Copyright claimant

Copyright Claimant: Christoph Wilhelm

105 Lexington Ave. #11Dn, New York, NY, 10016, United States

## Certification

Name: Katherine B Gardner

Date: January 9, 2008

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VA 1-625-489

**Effective date of
registration:**

January 2, 2008

---

## Title

**Title of Work:** Manhattan at night, elevated view.  Getty Images number 10193683.

## Completion/ Publication

**Year of Completion:** 2001

**Date of 1st Publication:** November 12, 2002      **Nation of 1st Publication:** United States

## Author

**■          Author:** Angelo Cavalli

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** Italy              **Domiciled in:** United States

**Year Born:** 1954

## Copyright claimant

**Copyright Claimant:** Angelo Cavalli

4101 Pinetree Drive #1109, Miami Beach, FL, 33140, United States

## Certification

**Name:** Katherine B Gardner

**Date:** January 2, 2008

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VA 1-625-490

**Effective date of registration:**

January 9, 2008

---

## Title

Title of Work: Woman embracing man, close-up (B&W). Getty Images number CA32378.

### Completion/ Publication

Year of Completion: 2001

Date of 1st Publication: October 3, 2001     Nation of 1st Publication: United States

## Author

■     Author: William A. Losh

Author Created: photograph(s)

Work made for hire: No

Citizen of: United States     Domiciled in: United States

Year Born: 1953

## Copyright claimant

Copyright Claimant: William A. Losh

PO Box 471, Babson Park, FL, 33827, United States

## Certification

Name: Katherine B Gardner

Date: January 9, 2008

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number:

## VA 1-625-491

Effective date of
registration:

January 2, 2008

## Title

**Title of Work:** Young man lying on bed with heated black stones on back, elevated view. Getty Images
number 889907-001.

**Previous or Alternative Title:** 90306-314

## Completion/ Publication

**Year of Completion:** 1999

**Date of 1st Publication:** September 22, 1999      **Nation of 1st Publication:** United States –

## Author

■          **Author:** David Tsay

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United States          **Domiciled in:** United States

**Year Born:** 1973

## Copyright claimant

**Copyright Claimant:** David Tsay

271 Lamont Drive, Los Angeles, CA, 90042, United States

## Certification

**Name:** Katherine B Gardner

**Date:** January 2, 2008

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VA 1-625-522

**Effective date of registration:**

January 2, 2008

## Title

**Title of Work:** Boeing 747 and sunset. Getty Images number AB64768.

## Completion/ Publication

**Year of Completion:** 2000

**Date of 1st Publication:** June 2, 2002       **Nation of 1st Publication:** United States

## Author

■       **Author:** Elisabeth Valder

**Pseudonym:** DiaMAX

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** Germany       **Domiciled in:** United Kingdom

**Year Born:** 1958

**Pseudonymous:** Yes

## Copyright claimant

**Copyright Claimant:** Elisabeth Valder

Church Oast, Kingsdown, Sittingbourne, Kent, ME9 0AS, United Kingdom

## Certification

**Name:** Katherine B Gardner

**Date:** January 2, 2008

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VA 1-625-839**

**Effective date of registration:**

January 3, 2008

## Title

**Title of Work:** Finance, investment, global markets, money.  Getty Images number 10131999.

## Completion/ Publication

**Year of Completion:** 2000

**Date of 1st Publication:** August 11, 2000     **Nation of 1st Publication:** United States

## Author

■     **Author:** Steven Gary Hunt

**Author Created:** 2-D artwork, photograph(s)

**Work made for hire:** No

**Citizen of:** United States     **Domiciled in:** United States

**Year Born:** 1955

## Copyright claimant

**Copyright Claimant:** Steven Gary Hunt

10 Aguila Place, Santa Fe, NM, 87508, United States

## Certification

**Name:** Katherine B Gardner

**Date:** January 3, 2008

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

**VA 1-625-854**

**Effective date of registration:**

January 3, 2008

## Title

**Title of Work:** Boy (4-6) with rubber ring in water.  Getty Images number AB32869.

## Completion/ Publication

**Year of Completion:** 2000

**Date of 1st Publication:** July 27, 2000    **Nation of 1st Publication:** United States

## Author

■    **Author:** Paul Viant

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United Kingdom    **Domiciled in:** United Kingdom

**Year Born:** 1964

## Copyright claimant

**Copyright Claimant:** Paul Viant

Belmont House, Claredon, Salisbury, SP5 3DG, United Kingdom

## Certification

**Name:** Katherine B Gardner

**Date:** January 3, 2008

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number:

## VA 1-625-855

Effective date of
registration:

January 3, 2008

## Title

Title of Work: Towels, soap, and brush on wooden table.  Getty Images number 886165-001.

## Completion/ Publication

Year of Completion: 1999

Date of 1st Publication: April 21, 1999    Nation of 1st Publication: United States

## Author

Author: Jeremy Samuelson

Author Created: photograph(s)

Work made for hire: No

Citizen of: United States    Domiciled in: United States

Year Born: 1954

## Copyright claimant

Copyright Claimant: Jeremy Samuelson

PO Box 29503, Los Angeles, CA, 90029, United States

## Certification

Name: Katherine B Gardner

Date: January 3, 2008

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VA 1-626-053

**Effective date of registration:**

January 9, 2008

---

## Title

**Title of Work:** Desk in office, close-up. Getty Images number 200270761-001.

## Completion/ Publication

**Year of Completion:** 2005

**Date of 1st Publication:** December 8, 2005    **Nation of 1st Publication:** United States

## Author

**Author:** Getty Images (US), Inc.

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Citizen of:** United States    **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Getty Images (US), Inc.

601 North 34th Street, Seattle, WA, 98112, United States

## Certification

**Name:** Katherine B Gardner

**Date:** January 9, 2008

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VA 1-626-056

**Effective date of
registration:**

January 9, 2008

**Title**

**Title of Work:** Three woman outdoors, portrait. Getty Images number DA60467.
Couple dining outdoors, close-up. Getty Images number DA60468.
Two men drinking wine outdoors, close-up. Getty Images number DA60469.
Two men drinking wine outdoors, looking at woman. Getty Images number DA60470.
Man serving food to friend outdoors. Getty Images number DA60472.
Mature couple lying on grass, portrait, close-up. Getty Images number DA60473.
Mature man lying on grass, close-up. Getty Images number DA60475.
Grandfather and grandson (6-8) playing on grass, portrait. Getty Images number
DA60476.

Boy (6-8) lying on grandfather's back outdoors, portrait. Getty Images number
DA60477.

Grandparents and grandson (6-8) at poolside, portrait. Getty Images number DA60479.
Boy (6-8) on grandfather's shoulders at pool side, portrait. Getty Images number
DA60480.

Mature couple outdoors, woman touching man's face, close-up. Getty Images number
DA60481.

Grandmother embracing granddaughter (2-4) on grass, portrait. Getty Images number
DA60484.

Grandmother and granddaughter (2-4) with camera outdoors. Getty Images number
DA60485.

Man cooking food on barbecue, people dining in background. Getty Images number
DA60444.

Mature man smiling at woman outdoors, close-up. Getty Images number DA60446.
Young woman and mature man in kitchen, man chopping tomatoes. Getty Images
number DA60447.

People raising toast with wine glasses, close-up. Getty Images number DA60448.
Grandparents and granddaughter (6-8) having tea. Getty Images number DA60449.
Mature couple outdoors (focus on woman in foreground). Getty Images number
DA60450.

Grandfather and granddaughter (6-8) taking self portrait. Getty Images number
DA60451.

Mature woman meditating outdoors. Getty Images number DA60454.
Mature woman relaxing in hammock, close-up. Getty Images number DA60455.
Grandfather and grandson (6-8) by pool, low section, rear view. Getty Images number DA60456.

Mature man touching back of neck, close-up. Getty Images number DA60459.
Grandparents and grandson (6-8) watching television. Getty Images number DA60460.
Couple (focus on woman), portrait, close-up. Getty Images number DA60461.
Couple sitting on grass, portrait. Getty Images number DA60462.
Two mature men and young man outdoors, portrait. Getty Images number DA60463.
Three men outdoors (focus on mature man in middle), portrait, close-up. Getty Images number DA60464.

Group of people laughing outdoors, looking at woman holding bouquet. Getty Images number DA60465.

People leaning on railing drinking wine (focus on woman in background). Getty Images number DA60466.

Grandmother and granddaughter (6-8) preparing food. Getty Images number DA60453.
Grandfather and grandson (6-8) playing football. Getty Images number DA60458.
Man raising glass of wine, portrait. Getty Images number DA60471.
Mature couple lying on grass, portrait, overhead view. Getty Images number DA60474.
Grandfather and grandson (6-8) arm wrestling on grass. Getty Images number DA60478.

Mature couple, portrait, close-up. Getty Images number DA60483.
Grandmother and granddaughter (2-4) lying on grass, portrait, close-up. Getty Images number DA60486.

**Title of Larger Work:** Multi generation and bbq with friends.

## Completion/ Publication

**Year of Completion:** 2002

**Date of 1st Publication:** November 15, 2002     **Nation of 1st Publication:** United States

## Author

**Author:** Frederic Lucano

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** France     **Domiciled in:** France

**Year Born:** 1972

## Copyright claimant

**Copyright Claimant:** Frederic Lucano

32 bis rue malot, Montreuil, 93100, France

## Certification

**Name:** Katherine B Gardner

**Date:** January 9, 2008

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number:

## VA 1-626-059

Effective date of registration:

January 9, 2008

---

### Title

**Title of Work:** China, Hong Kong, Convention and Exhibition Centre at dusk.  Getty Images number BA01292.

### Completion/ Publication

**Year of Completion:** 1999

**Date of 1st Publication:** September 29, 2000       **Nation of 1st Publication:** United States

### Author

■        **Author:** David Noton

**Author Created:** photograph(s)

**Work made for hire:** No

**Citizen of:** United Kingdom              **Domiciled in:** United Kingdom

**Year Born:** 1957

### Copyright claimant

**Copyright Claimant:** David Noton

Clark House, Melborne Port, Sherborne, Dorset, DT9 5EB, United Kingdom

### Certification

**Name:** Katherine B Gardner

**Date:** January 9, 2008

---

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number:

## VA 1-627-564

Effective date of
registration:

February 14, 2008

## Title

Title of Work: USA, Hawaii, Oahu, Waikiki Beach, Diamond Head in background.  Getty Images
number 786033-001.

## Completion/ Publication

Year of Completion: 1985

Date of 1st Publication: September 22, 1992        Nation of 1st Publication:  United States

## Author

■    Author: Paul Chesley

Author Created: photograph(s)

Work made for hire: No

Citizen of: United States        Domiciled in:   United States

Year Born: 1946

## Copyright claimant

Copyright Claimant: Paul Chesley

3019 Kalakaua Ave., #3, Honolulu, HI, 96815, United States

## Certification

Name: Katherine B Gardner

Date: February 14, 2008

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

Registration Number:

## VA 1-627-566

Effective date of
registration:

February 14, 2008

## Title

**Title of Work:** Woman wearing bathrobe and towel around head, portrait. Getty Images number
AB35519.

## Completion/ Publication

**Year of Completion:** 1996

**Date of 1st Publication:** September 22, 1996    **Nation of 1st Publication:** United Kingdom

## Author

■ **Author:** Telegraph Colour Library

**Author Created:** photograph(s)

**Work made for hire:** Yes

**Citizen of:** United Kingdom    **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Getty Images (US), Inc.

601 North 34th Street, Seattle, WA, 98103, United States

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Getty Images (US), Inc.

**Name:** To whom it may concern

**Email:** sales@gettyimages.com

**Address:** 601 North 34th Street    **Telephone:** 800-462-4379

Seattle, WA 98103  United States

## Certification

**Name:** Katherine B Gardner

**Date:** February 14, 2008

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Registration Number:**

## VA 1-627-567

Effective date of
registration:

February 14, 2008

---

**Title** ——

Title of Work: View of Las Vegas at night Nevada.  Getty Images number CA16423.

**Completion/ Publication** ——

Year of Completion: 2000

Date of 1st Publication: March 30, 2001        Nation of 1st Publication: United States

**Author** ——

Author: Nigel Francis

Pseudonym: Fergus O'Brien

Author Created: photograph(s)

Work made for hire: No

Citizen of: United Kingdom        Domiciled in: United Kingdom

Year Born: 1960

Pseudonymous: Yes

**Copyright claimant** ——

Copyright Claimant: Nigel Francis

39 Hampden Drive, Kidlington, Oxford, OX5 2LT, United Kingdom

**Certification** ——

Name: Katherine B Gardner

Date: February 14, 2008

---

Exhibit B

gettyimages®

## Unauthorized Use Report

| Report Data: | |
|---|---|
| Name: | VR Marketing, Inc. |
| Home Page: | http://www.adreamtrip.com/ |
| Contact Details: | |
| | Address 218 Main St.<br>North Myrtle Beach, South Carolina 29582<br>Tel:843-281-9688 |

**Phone #1:** (843) 281-9688   **Phone #2:** 1-800-875-3177   **Fax:**

| Catalog Image No. ca16423 | Screen Capture |
|---|---|

gettyimages®

## Unauthorized Use Report

**Report Data:**

| Name: | VR Marketing, Inc. |
|---|---|
| Home Page: | http://www.charlestonhospitality.com/ |
| Contact Details: | |
| | Address 218 Main St. |
| | North Myrtle Beach, South Carolina 29582 |
| | Tel:843-281-9688 |

**Phone #1:** (843) 281-9688  **Phone #2:** 1-800-875-3177  **Fax:**

**Catalog Image No. ab72081**          **Screen Capture**



**getty**images®

| Unauthorized Use Report | |
|---|---|
| | |
| | |
| **Report Data:** | |
| **Name:** | Best Western King Charles Inn |
| **Home Page:** | http://www.kingcharlesinn.com/ |
| **Contact Details:** | **Address** 237 Meeting Street<br>Charleston, SC 29401 |

**Phone #1:** 843-723-7451 **Phone #2:** 866-546-4700   **Fax:**

Catalog Image No. ab72081       Screen Capture

**getty**images™

*Unauthorized Use Report*

**Report Data:**
**Name:**            Coquina Hotel Ltd
**Home Page:**       http://www.holidayinmyrtlebeach.com/
**Contact Details:**  At Coquina Harbor/North Myrtle Beach
                     722 Highway 17, Little River,
                     South Carolina 29566
                     Phone: 843-281-9400
                     Fax: 843-280-0175
                     Toll Free 1-888-333-2686

**Phone #1:**          **Phone #2:**          **Fax:**

**Catalog Image No. ca33374**              **Screen Capture**




1

gettyimages®

*Unauthorized Use Report*

**Report Data:**
**Name:**              Coquina Hotel Ltd
**Home Page:**         http://www.holidayinmyrtlebeach.com/
**Contact Details:**   At Coquina Harbor/North Myrtle Beach
                       722 Highway 17, Little River,
                       South Carolina 29566
                       Phone: 843-281-9400
                       Fax: 843-280-0175
                       Toll Free 1-888-333-2686

**Phone #1:**          **Phone #2:**          **Fax:**

**Catalog Image No. 200134384-001**         **Screen Capture**




2

**gettyimages®**

*Unauthorized Use Report*

**Report Data:**

**Name:**              Coquina Hotel Ltd
**Home Page:**         http://www.holidayinmyrtlebeach.com/
**Contact Details:**   At Coquina Harbor/North Myrtle Beach
                       722 Highway 17, Little River,
                       South Carolina 29566
                       Phone: 843-281-9400
                       Fax: 843-280-0175
                       Toll Free 1-888-333-2686

**Phone #1:**              **Phone #2:**              **Fax:**

**Catalog Image No. ca33374**              **Screen Capture**

              

3

**getty**images®

*Unauthorized Use Report*

**Report Data:**

**Name:**              Coquina Hotel Ltd
**Home Page:**         http://www.holidayinmyrtlebeach.com/
**Contact Details:**   At Coquina Harbor/North Myrtle Beach
                       722 Highway 17, Little River,
                       South Carolina 29566
                       Phone: 843-281-9400
                       Fax: 843-280-0175
                       Toll Free 1-888-333-2686

**Phone #1:**          **Phone #2:**          **Fax:**

**Catalog Image No. 886165-001**          **Screen Capture**



**getty**images®

*Unauthorized Use Report*

**Report Data:**
**Name:**                    Coquina Hotel Ltd
**Home Page:**               http://www.holidayinmyrtlebeach.com/
**Contact Details:**         At Coquina Harbor/North Myrtle Beach
                             722 Highway 17, Little River,
                             South Carolina 29566
                             Phone: 843-281-9400
                             Fax: 843-280-0175
                             Toll Free 1-888-333-2686

**Phone #1:**            **Phone #2:**            **Fax:**

**Catalog Image No. 200134384-001**            **Screen Capture** 

    

**getty**images®

*Unauthorized Use Report*

**Report Data:**
**Name:**                    Coquina Hotel Ltd
**Home Page:**               http://www.holidayinmyrtlebeach.com/
**Contact Details:**         At Coquina Harbor/North Myrtle Beach
                             722 Highway 17, Little River,
                             South Carolina 29566
                             Phone: 843-281-9400
                             Fax: 843-280-0175
                             Toll Free 1-888-333-2686

**Phone #1:**          **Phone #2:**          **Fax:**

**Catalog Image No. ab22261**              **Screen Capture**




6

**getty**images®

*Unauthorized Use Report*

**Report Data:**
**Name:**                    Coquina Hotel Ltd
**Home Page:**               http://www.holidayinmyrtlebeach.com/
**Contact Details:**         At Coquina Harbor/North Myrtle Beach
                             722 Highway 17, Little River,
                             South Carolina 29566
                             Phone: 843-281-9400
                             Fax: 843-280-0175
                             Toll Free 1-888-333-2686

**Phone #1:**         **Phone #2:**         **Fax:**

**Catalog Image No. ab22261**          **Screen Capture**





**getty**images®

*Unauthorized Use Report*

**Report Data:**

| | |
|---|---|
| **Name:** | Coquina Hotel Ltd |
| **Home Page:** | http://www.holidayinmyrtlebeach.com/ |
| **Contact Details:** | At Coquina Harbor/North Myrtle Beach |
| | 722 Highway 17, Little River, |
| | South Carolina 29566 |
| | Phone: 843-281-9400 |
| | Fax: 843-280-0175 |
| | Toll Free 1-888-333-2686 |

**Phone #1:**          **Phone #2:**          **Fax:**

**Catalog Image No. ab64768**          **Screen Capture**



**getty**images®

*Unauthorized Use Report*

**Report Data:**
**Name:**                        Coquina Hotel Ltd
**Home Page:**                   http://www.holidayinmyrtlebeach.com/
**Contact Details:**             At Coquina Harbor/North Myrtle Beach
                                 722 Highway 17, Little River,
                                 South Carolina 29566
                                 Phone: 843-281-9400
                                 Fax: 843-280-0175
                                 Toll Free 1-888-333-2686

**Phone #1:**              **Phone #2:**              **Fax:**

**Catalog Image No. ab32869**                  **Screen Capture**




9

**getty**images®

*Unauthorized Use Report*

**Report Data:**
**Name:**                          Coquina Hotel Ltd
**Home Page:**                     http://www.holidayinmyrtlebeach.com/
**Contact Details:**               At Coquina Harbor/North Myrtle Beach
                                   722 Highway 17, Little River,
                                   South Carolina 29566
                                   Phone: 843-281-9400
                                   Fax: 843-280-0175
                                   Toll Free 1-888-333-2686

**Phone #1:**          **Phone #2:**          **Fax:**

**Catalog Image No. CA28987**                **Screen Capture**




gettyimages®

*Unauthorized Use Report*

**Report Data:**
**Name:** Coquina Hotel Ltd
**Home Page:** http://www.holidayinmyrtlebeach.com/
**Contact Details:** At Coquina Harbor/North Myrtle Beach
722 Highway 17, Little River,
South Carolina 29566
Phone: 843-281-9400
Fax: 843-280-0175
Toll Free 1-888-333-2686

**Phone #1:** **Phone #2:** **Fax:**

**Catalog Image No. 200270761-001** **Screen Capture**

 

**getty**images®

## Unauthorized Use Report

| Report Data: | |
|---|---|
| Name: | Jason Mahood |
| Home Page: | http://www.jasonmahood.com/ |
| Contact Details: | |
| | Address 218 Main Street |
| | North Myrtle Beach, 29582, SC |

| Phone #1: | Phone #2: | Fax: |
|---|---|---|

| Catalog Image No. ba60210 | Screen Capture |
|---|---|



**getty**images®

| Unauthorized Use Report | |
|---|---|

| **Report Data:** | |
|---|---|
| **Name:** | Spa Nique |
| **Home Page:** | http://www.Spanique.com/ |
| **Contact Details:** | |

|  | **Address** | Tel: (724) 272-5004 |
|---|---|---|
|  | **City:** | Pennsylvania |
|  | **State:** | Pennsylvania |
|  | **Country:** | United States |
|  | **More Data:** | |

| **Phone #1:** (724) 272-5004 | **Phone #2:** | **Fax:** |
|---|---|---|

| **Catalog Image No.** 200009356-001 | **Screen Capture** |
|---|---|

gettyimages®

---

## Unauthorized Use Report

**Report Data:**

| | |
|---|---|
| **Name:** | Spa Nique |
| **Home Page:** | http://www.Spanique.com/ |
| **Contact Details:** | |

| | |
|---|---|
| **Address** | Tel: (724) 272-5004 |
| **City:** | Pennsylvania |
| **State:** | Pennsylvania |
| **Country:** | United States |
| **More Data:** | |

| | | |
|---|---|---|
| **Phone #1:** (724) 272-5004 | **Phone #2:** | **Fax:** |

| Catalog Image No. 200009442-001 | Screen Capture |
|---|---|

**getty**images®

## Unauthorized Use Report

**Report Data:**

| Name: | Spa Nique |
|---|---|
| Home Page: | http://www.Spanique.com/ |

**Contact Details:**

Address   Tel: (724) 272-5004
City:       Pennsylvania
State:      Pennsylvania
Country:   United States
More Data:

**Phone #1:** (724) 272-5004    **Phone #2:**    **Fax:**

| Catalog Image No. 10026633 | Screen Capture |
|---|---|

gettyimages®

## Unauthorized Use Report

| | |
|---|---|
| **Report Data:** | |
| **Name:** | Spa Nique |
| **Home Page:** | http://www.Spanique.com/ |
| **Contact Details:** | |

| | |
|---|---|
| **Address** | Tel: (724) 272-5004 |
| **City:** | Pennsylvania |
| **State:** | Pennsylvania |
| **Country:** | United States |
| **More Data:** | |

**Phone #1:** (724) 272-5004     **Phone #2:**          **Fax:**

**Catalog Image No. 10035539**          **Screen Capture**

gettyimages®

## Unauthorized Use Report

| Report Data: | |
|---|---|
| Name: | Spa Nique |
| Home Page: | http://www.Spanique.com/ |
| Contact Details: | |

| | |
|---|---|
| | **Address**    Tel: (724) 272-5004 |
| | **City:**      Pennsylvania |
| | **State:**     Pennsylvania |
| | **Country:**   United States |
| | **More Data:** |

| Phone #1: (724) 272-5004 | Phone #2: | Fax: |
|---|---|---|

**Catalog Image No. ab15395**      **Screen Capture**



114% Growth

**getty**images®

| Unauthorized Use Report | |
|---|---|
| | |
| **Report Data:** | |
| **Name:** | Spa Nique |
| **Home Page:** | http://www.Spanique.com/ |
| **Contact Details:** | |

**Address**    Tel: (724) 272-5004
**City:**         Pennsylvania
**State:**        Pennsylvania
**Country:**   United States
**More Data:**

| Phone #1: (724) 272-5004 | Phone #2: | Fax: |
|---|---|---|

**Catalog Image No. ab16310**          **Screen Capture**

gettyimages®

## Unauthorized Use Report

| | |
|---|---|
| **Report Data:** | |
| **Name:** | Spa Nique |
| **Home Page:** | http://www.Spanique.com/ |
| **Contact Details:** | |

| | | |
|---|---|---|
| **Address** | Tel: (724) 272-5004 | |
| **City:** | Pennsylvania | |
| **State:** | Pennsylvania | |
| **Country:** | United States | |
| **More Data:** | | |

| **Phone #1:** (724) 272-5004 | **Phone #2:** | **Fax:** |
|---|---|---|

| **Catalog Image No.** 10131999 | **Screen Capture** |
|---|---|

**getty**images®

## Unauthorized Use Report

**Report Data:**

| | |
|---|---|
| **Name:** | Spa Nique |
| **Home Page:** | http://www.Spanique.com/ |
| **Contact Details:** | |

| | |
|---|---|
| **Address** | Tel: (724) 272-5004 |
| **City:** | Pennsylvania |
| **State:** | Pennsylvania |
| **Country:** | United States |
| **More Data:** | |

**Phone #1:** (724) 272-5004    **Phone #2:**         **Fax:**

**Catalog Image No. ab91664**          **Screen Capture**

gettyimages®

## Unauthorized Use Report

**Report Data:**

| | |
|---|---|
| **Name:** | Spa Nique |
| **Home Page:** | http://www.Spanique.com/ |
| **Contact Details:** | |

| | |
|---|---|
| **Address** | Tel: (724) 272-5004 |
| **City:** | Pennsylvania |
| **State:** | Pennsylvania |
| **Country:** | United States |
| **More Data:** | |

**Phone #1:** (724) 272-5004     **Phone #2:**          **Fax:**

**Catalog Image No. ba62505**              **Screen Capture**

gettyimages®

## Unauthorized Use Report

**Report Data:**

| Name: | Spa Nique |
|---|---|
| Home Page: | http://www.Spanique.com/ |
| Contact Details: | |

|  | Address | Tel: (724) 272-5004 |
|---|---|---|
|  | City: | Pennsylvania |
|  | State: | Pennsylvania |
|  | Country: | United States |
|  | More Data: | |

| Phone #1: (724) 272-5004 | Phone #2: | Fax: |
|---|---|---|

| Catalog Image No. ab35519 | Screen Capture |
|---|---|



**getty**images®

## Unauthorized Use Report

**Report Data:**

| Name: | Spa Nique |
|---|---|
| Home Page: | http://www.Spanique.com/ |
| Contact Details: | |

| Address | Tel: (724) 272-5004 |
|---|---|
| City: | Pennsylvania |
| State: | Pennsylvania |
| Country: | United States |
| More Data: | |

| Phone #1: (724) 272-5004 | Phone #2: | Fax: |
|---|---|---|

| Catalog Image No. 590897-005 | Screen Capture |
|---|---|

gettyimages®



**Unauthorized Use Report**

**Report Data:**

| Name: | Spa Nique |
|---|---|
| Home Page: | http://www.Spanique.com/ |
| Contact Details: | **Address**   Tel: (724) 272-5004<br>**City:**       Pennsylvania<br>**State:**      Pennsylvania<br>**Country:**   United States<br>**More Data:** |

| Phone #1: (724) 272-5004 | Phone #2: | Fax: |
|---|---|---|

Catalog Image No. ab25548          Screen Capture

gettyimages®

## Unauthorized Use Report

| Report Data: | |
|---|---|
| Name: | Spa Nique |
| Home Page: | http://www.Spanique.com/ |
| Contact Details: | |

| | Address | Tel: (724) 272-5004 |
|---|---|---|
| | City: | Pennsylvania |
| | State: | Pennsylvania |
| | Country: | United States |
| | More Data: | |

| Phone #1: (724) 272-5004 | Phone #2: | Fax: |
|---|---|---|

| Catalog Image No. 786033-001 | Screen Capture |
|---|---|

**getty**images®

## Unauthorized Use Report

**Report Data:**

| Name: | Spa Nique |
|---|---|
| Home Page: | http://www.Spanique.com/ |
| Contact Details: | |

| Address | Tel: (724) 272-5004 |
|---|---|
| City: | Pennsylvania |
| State: | Pennsylvania |
| Country: | United States |
| More Data: | |

Phone #1: (724) 272-5004     Phone #2:          Fax:

Catalog Image No. ab66821          Screen Capture

gettyimages®

## Unauthorized Use Report

| | |
|---|---|
| **Report Data:** | |
| **Name:** | Spa Nique |
| **Home Page:** | http://www.Spanique.com/ |
| **Contact Details:** | **Address**   Tel: (724) 272-5004 |
| | **City:**       Pennsylvania |
| | **State:**      Pennsylvania |
| | **Country:**   United States |
| | **More Data:** |

| Phone #1: (724) 272-5004 | Phone #2: | Fax: |
|---|---|---|

| Catalog Image No. ba11057 | Screen Capture |
|---|---|

getty*images®*

## Unauthorized Use Report

**Report Data:**

| | |
|---|---|
| **Name:** | Spa Nique |
| **Home Page:** | http://www.Spanique.com/ |
| **Contact Details:** | |

| | |
|---|---|
| **Address** | Tel: (724) 272-5004 |
| **City:** | Pennsylvania |
| **State:** | Pennsylvania |
| **Country:** | United States |
| **More Data:** | |

**Phone #1:** (724) 272-5004    **Phone #2:**          **Fax:**

Catalog Image No. 889907-001                Screen Capture

gettyimages®



**Unauthorized Use Report**

| Report Data: | |
|---|---|
| **Name:** | Spa Nique |
| **Home Page:** | http://www.Spanique.com/ |
| **Contact Details:** | |

| | |
|---|---|
| **Address** | Tel: (724) 272-5004 |
| **City:** | Pennsylvania |
| **State:** | Pennsylvania |
| **Country:** | United States |
| **More Data:** | |

**Phone #1:** (724) 272-5004    **Phone #2:**        **Fax:**

**Catalog Image No. ab70475**        **Screen Capture**

gettyimages®

| Unauthorized Use Report | |
|---|---|
| | |
| **Report Data:** | |
| **Name:** | Spa Nique |
| **Home Page:** | http://www.Spanique.com/ |
| **Contact Details:** | |
| | **Address**   Tel: (724) 272-5004 |
| | **City:**       Pennsylvania |
| | **State:**      Pennsylvania |
| | **Country:**   United States |
| | **More Data:** |

| Phone #1: (724) 272-5004 | Phone #2: | Fax: |
|---|---|---|

**Catalog Image No. 995132-006**          **Screen Capture**

gettyimages®

## Unauthorized Use Report

**Report Data:**

| | |
|---|---|
| **Name:** | Spa Nique |
| **Home Page:** | http://www.Spanique.com/ |
| **Contact Details:** | |

| Address | Tel: (724) 272-5004 |
|---|---|
| City: | Pennsylvania |
| State: | Pennsylvania |
| Country: | United States |
| More Data: | |

**Phone #1:** (724) 272-5004    **Phone #2:**    **Fax:**

| Catalog Image No. ba17693 | Screen Capture |
|---|---|



19

**getty**images®

## Unauthorized Use Report

**Report Data:**

| Name: | Spa Nique |
| --- | --- |
| Home Page: | http://www.Spanique.com/ |
| Contact Details: | |

|  | Address | Tel: (724) 272-5004 |
| --- | --- | --- |
|  | City: | Pennsylvania |
|  | State: | Pennsylvania |
|  | Country: | United States |
|  | More Data: | |

| Phone #1: (724) 272-5004 | Phone #2: | Fax: |
| --- | --- | --- |

**Catalog Image No.** ba01292 | **Screen Capture**

**getty**images®



gettyimages®

## Unauthorized Use Report

**Report Data:**

| | |
|---|---|
| **Name:** | Spa Nique |
| **Home Page:** | http://www.Spanique.com/ |
| **Contact Details:** | |

|  | |
|---|---|
| **Address** | Tel: (724) 272-5004 |
| **City:** | Pennsylvania |
| **State:** | Pennsylvania |
| **Country:** | United States |
| **More Data:** | |

| Phone #1: (724) 272-5004 | Phone #2: | Fax: |
|---|---|---|

| Catalog Image No. 10189032 | Screen Capture |
|---|---|

gettyimages®

| Unauthorized Use Report | |
|---|---|
| | |
| **Report Data:** | |
| **Name:** | Spa Nique |
| **Home Page:** | http://www.Spanique.com/ |
| **Contact Details:** | |
| | **Address**    Tel: (724) 272-5004 |
| | **City:**        Pennsylvania |
| | **State:**       Pennsylvania |
| | **Country:**   United States |
| | **More Data:** |

| Phone #1: (724) 272-5004 | Phone #2: | Fax: |
|---|---|---|

**Catalog Image No. 10193683**          **Screen Capture**



**getty**images*

| Unauthorized Use Report | |
|---|---|
| **Report Data:** | |
| **Name:** | Spa Nique |
| **Home Page:** | http://www.Spanique.com/ |
| **Contact Details:** | |
| | **Address**    Tel: (724) 272-5004<br>**City:**         Pennsylvania<br>**State:**        Pennsylvania<br>**Country:**    United States<br>**More Data:** |

| Phone #1: (724) 272-5004 | Phone #2: | Fax: |
|---|---|---|

**Catalog Image No.** 10197811          **Screen Capture**

**getty**images®



| Unauthorized Use Report | |
|---|---|

**Report Data:**

| Name: | Spa Nique |
|---|---|
| Home Page: | http://www.Spanique.com/ |
| Contact Details: | Address   Tel: (724) 272-5004 |
|  | City:       Pennsylvania |
|  | State:      Pennsylvania |
|  | Country:   United States |
|  | More Data: |

| Phone #1: (724) 272-5004 | Phone #2: | Fax: |
|---|---|---|

| Catalog Image No. ca08409 | Screen Capture |
|---|---|

gettyimages®



## Unauthorized Use Report

| | |
|---|---|
| **Report Data:** | |
| **Name:** | Spa Nique |
| **Home Page:** | http://www.Spanique.com/ |
| **Contact Details:** | |

| | |
|---|---|
| **Address** | Tel: (724) 272-5004 |
| **City:** | Pennsylvania |
| **State:** | Pennsylvania |
| **Country:** | United States |
| **More Data:** | |

| **Phone #1:** (724) 272-5004 | **Phone #2:** | **Fax:** |
|---|---|---|

| **Catalog Image No.** bd6949-001 | **Screen Capture** |
|---|---|

**getty**images®

---

### Unauthorized Use Report

| | |
|---|---|
| **Report Data:** | |
| **Name:** | Spa Nique |
| **Home Page:** | http://www.Spanique.com/ |
| **Contact Details:** | **Address**   Tel: (724) 272-5004<br>**City:**       Pennsylvania<br>**State:**      Pennsylvania<br>**Country:**   United States<br>**More Data:** |

| | | |
|---|---|---|
| **Phone #1:** (724) 272-5004 | **Phone #2:** | **Fax:** |

| **Catalog Image No. ca32378** | **Screen Capture** |
|---|---|
|  |  |

---

27

gettyimages®

## Unauthorized Use Report

| | |
|---|---|
| **Report Data:** | |
| **Name:** | Spa Nique |
| **Home Page:** | http://www.Spanique.com/ |
| **Contact Details:** | **Address**  Tel: (724) 272-5004<br>**City:**  Pennsylvania<br>**State:**  Pennsylvania<br>**Country:**  United States<br>**More Data:** |

**Phone #1:** (724) 272-5004    **Phone #2:**        **Fax:**

**Catalog Image No.** da60478

**Screen Capture**

**getty**images®



| Unauthorized Use Report | |
| --- | --- |
| | |
| | |
| **Report Data:** | |
| **Name:** | Spa Nique |
| **Home Page:** | http://www.Spanique.com/ |
| **Contact Details:** | |
| | **Address**  Tel: (724) 272-5004 |
| | **City:**      Pennsylvania |
| | **State:**     Pennsylvania |
| | **Country:**  United States |
| | **More Data:** |

| Phone #1: (724) 272-5004 | Phone #2: | Fax: |
| --- | --- | --- |

| Catalog Image No. ea60278 | Screen Capture |
| --- | --- |

**getty**images®

| Unauthorized Use Report | |
|---|---|
| | |
| | |
| **Report Data:** | |
| **Name:** | The Franchise Authority |
| **Home Page:** | http://www.franchiseauthority.com/ |
| **Contact Details:** | |
| | **Address** 908 Town & Country Blvd, Suite 120<br>Houston, Texas 77024 |

**Phone #1:** (800) 307-0228   **Phone #2:**   **Fax:** (281) 346-0698

| Catalog Image No. 200218729-001 | Screen Capture |
|---|---|



gettyimages®

## Unauthorized Use Report

| Report Data: | |
|---|---|
| **Name:** | The Franchise Authority |
| **Home Page:** | http://www.franchiseauthority.com/ |
| **Contact Details:** | **Address** 908 Town & Country Blvd, Suite 120<br>Houston, Texas 77024 |

**Phone #1: (800) 307-0228    Phone #2:          Fax:  (281) 346-0698**

**Catalog Image No. 200218729-001                 Screen Capture**



gettyimages®

## Unauthorized Use Report

| | |
|---|---|
| **Report Data:** | |
| **Name:** | U-Save Auto Rental |
| **Home Page:** | http://www.usavemyrtlebeach.com/ |
| **Contact Details:** | **Address** 4780 I 55 N. STE 300<br>Jackson, MS, 39211 |

**Phone #1:** 1-800-441-3741     **Phone #2:**          **Fax:**

**Catalog Image No. 200167546-004**          **Screen Capture**