UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
GETTY IMAGES (US), INC.

                           Plaintiff,

                                                        **NOTICE OF**
                                                        **MOTION**

          -against-

ADVERNET, INC.                                          09-cv-1895(DAB)
f/k/a VR MARKETING, INC.,

                           Defendants.
------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that upon the annexed affirmation of Oscar Michelen,

affirmed on April 23, 2009, and upon the accompanying Memorandum of Law in support

of this motion and the pleadings herein, defendant will move this Court, before the Hon.

Deborah A. Batts, United States District Judge, on May 19, 2009, at 9:30AM, for an

order pursuant to Rule 12(b)(1) and Rule 12(b)(6) of the Federal Rules of Civil Procedure

granting:

dismissal of plaintiff's complaint for lack of subject matter jurisdiction, pursuant to Rule

12(b)(1) and for failure to state a claim upon which relief can be granted pursuant to Rule

12 (b)(6) and such other and further relief as the court deems just and proper.

**I declare under penalty of perjury that the foregoing is true and correct.**


Dated:    April 23, 2009              Signature   *Oscar Michelen*


                                      Respectfully submitted

                                      OSCAR MICHELEN (OM 5199)

                                      Sandback, Birnbaum & Michelen
                                      200 Old Country Road  Suite 2 South
                                      Mineola,, New York 11501
                                      (516)248-8000  fax: (516)741-9398