UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
GETTY IMAGES (US), INC.

               Plaintiff,

                                                        **NOTICE OF**
                                                        **MOTION**

        -against-

ADVERNET, INC.                                    09-cv-1895(KNF)
f/k/a VR MARKETING, INC.,

                         Defendants.
-------------------------------------------------------------------x

**PLEASE TAKE NOTICE** that upon the annexed affidavit of Oscar Michelen,

sworn to on April 22, 2010,  and upon the relevant exhibits, Sandback & Michelen,

attorneys of record for the defendant Advernet, Inc., will move this Court, before the

Honorable Kevin N. Fox, United States Magistrate Judge, Courtroom 20A, 500 Pearl

Street, NYNY on June 2, 2010 at 9:30AM, or as soon thereafter as counsel may be heard,

for an order pursuant to Local Civil Rule 1.4 granting the firm's request to withdraw as

counsel of record for the defendant and for such other and further relief as the Court

deems just and proper.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated:    April 22, 2010                    Signature

                                            *Oscar Michelen*

                                      Respectfully submitted

                                      OSCAR MICHELEN (OM 5199)

                                      Sandback, Birnbaum & Michelen
                                      200 Old Country Road  Suite 2 South
                                      Mineola,, New York 11501
                                      (516)248-8000  fax: (516)741-9398

TO: Scott Ekster, President Advernet, Inc.



**Also via email at: scott@vrmarketing.net**

Satterlee Stephens Burke & Burke, LLP
Attorneys for Plaintiff
230 Park Avenue
NYNY  10169