LAW OFFICES OF
**SANDBACK, BIRNBAUM & MICHELEN**
200 Old Country Road   Suite 2 South
Mineola, NY 11501
516-248-8000
(fax)516-741-9398

## HOURLY RETAINER AGREEMENT

1. I, Scott Ekster, the undersigned, hereby employ and engage the law firm of Sandback, Birnbaum & Michelen, to represent Advernet, Inc. f/k/a VR Marketing, Inc. with respect to an action brought against it by Getty Images in the Southern District of New York.

2. For such professional services I hereby agree to pay Sandback, Birnbaum & Michelen the sum of $150.00 (One Hundred Fifty Dollars) per hour and agree to deposit with Sandback, Birbaum and Michelen, upon the signing of this agreement, the sum of $900.00 as a retainer. I agree to deposit the sum of $900.00 upon the signing of the agreement. I understand that the retainer represents six (6) hours of legal services and that a further retainer will be required if the service extends beyond the six (6) hour period.

3. I further understand that the services to be provided through this agreement will not extend to any appeal brought by or against any of the parties to this agreement.

4. I further understand that the above fee does not include any ordinary and reasonable costs, including overnight delivery service, court fees and service of process. The firm will notify me in advance of any expense in excess of $100.00.

Page 1 of 2                                                            _____
                                                                        Initial

5. I acknowledge, before signing this agreement, that I have received and read it and understand each of the statements made herein. I further acknowledge that I am legally authorized to enter into this agreement and to bind                    .

Dated: March 13, 2009

_____
Scott Ekster Advernet, Inc. f/k/a
VR Marketing, Inc.