Inquiry: Balance information                                    CSR: ▮

VR MARKETING INC                Sandhills Bank
▮

| Fields | Data |
| --- | --- |
| Current balance | $298.36 |
| − DDA available | $0.00 |
| − Cash sweep available | $0.00 |
| + LOC/Loan available | $0.00 |
| Hold amount | $0.00 |
| Authorized OD limit | $700.00 |
| Available balance | $998.36 |
| Net amount of memo posting | $0.00 |
| Total amount of memo posting | $0.00 |
| Collected balance | $298.36 |
| Charge Off Balance | $0.00 |
| Referral | Not Assigned |
| No. of signatures required | 1 |
| NSF today | No |
| NSF/AOD today | No |

INTEREST INFORMATION

| | |
| --- | --- |
| Current accrued interest | $0.00 |
| Interest paid this year | $0.00 |
| Interest paid last year | $0.00 |
| Interest rate | 0.00000% |
| Rate index | Undefined 0 - NOT USED |
| Promotional rate | 0.00000% |
| Promo rate until date | Unknown |
| IRS reporting suppression | No |
| IRS 1042S/1099-DIV | No |
| 1042S Tax Country | Unknown Country |
| Transfer int credit where | Capitalize |
| Transfer int CR account | 0 |
| IRA indicator | Not HSA Account |

FLOAT INFORMATION

| | |
| --- | --- |
| Float - one day | $0.00 |
| Float - two day | $0.00 |
| Float - three day | $0.00 |
| Current Reg CC float | $0.00 |
| Previous Reg CC float | $0.00 |

ACCOUNT INFORMATION

Product
Officer
Date of last credit
Amount of last credit
Account status

Bank: 159 Application: 10 Account: ▮
Date: 03-30-2010 @ 14:01:23 Page 1